IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 24-cr-00326-PAB-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    JOSE ARTURO GARCIA-SANCHEZ,

    Defendant.

## ORDER

This matter is before the Court on the government's Emergency Motion for Stay and Revocation of Release Order [Docket No. 18]. On November 7, 2024, an indictment was filed against the defendant in this District. Docket No. 1. An arrest warrant was issued for defendant on the same date. Docket No. 6. Defendant was arrested on the warrant in Texas and had his initial appearance on November 21, 2024. Docket No. 18 at 2. On December 3, 2024, the defendant had a contested identity hearing and detention hearing before Magistrate Judge Miguel A. Torres in the Western District of Texas. *Id*. Magistrate Judge Torres ordered that defendant be released on bond with conditions. *Id*. The U.S. Attorney's Office for the Western District of Texas orally moved to stay Magistrate Judge Torres' order so the U.S. Attorney's Office in the District of Colorado could file a motion for revocation of the release order. *Id*.

The government seeks a stay from this Court in order to conduct a detention hearing pursuant to 18 U.S.C. § 3145(a)(1) before the defendant is released. Docket

No. 18. The government proffers information in its motion in support of a stay. *Id*. at 4-9.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court has "original jurisdiction over the offense" and therefore the government's motion for revocation of the magistrate judge's order is properly before this Court as opposed to a judge in the Western District of Texas. *See United States v. Cisneros*, 328 F.3d 610, 615 (10th Cir. 2003) (motion for review of a release order "should be considered and ruled upon . . . by a district judge in the court of original jurisdiction").

Upon review of the government's proffer, the Court finds that the government has demonstrated good cause to stay the December 3, 2024 order of Magistrate Judge Torres releasing the defendant on bond. It is therefore

**ORDERED** that the portion of government's Emergency Motion for Stay and Revocation of Release Order that seeks a stay [Docket No. 18] is **GRANTED**. It is further

**ORDERED** that the December 3, 2024 release order of Magistrate Judge Miguel A. Torres is stayed until further order of the Court. It is further

**ORDERED** that the government shall file the transcript of the December 3, 2024 detention hearing in the U.S. District Court for the Western District of Texas on or before **December 5, 2024**. It is further

**ORDERED** that the U.S. Marshals Service shall transfer the defendant to the District of Colorado by **December 11, 2024**. It is further

**ORDERED** that, once the defendant is transferred to the District of Colorado and an attorney is appointed for the defendant, the Court will provide a deadline for the defendant to respond to the motion for revocation of release.

DATED December 4, 2024.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge